Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Rick Mula
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Rick_Mula@fd.org

*Attorney for Defendant Celony Junior Pierre

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Celony Junior Pierre,<br><br>Defendant. | Case No. 2:25-cr-00312-RFB-DJA<br><br>**Motion to Modify Conditions of Pretrial Release** |

Mr. Pierre respectfully requests that the Court remove the drug testing condition of pretrial release. He and his partner recently welcomed a newborn into the family, and alleviating the burden of drug testing would assist him in caring for his newborn. He has tested negative for substances for the past seven months, and U.S. Pretrial Services supports this request.

## I. Procedural Background

Mr. Pierre was indicted for various alleged crimes on October 15, 2025. (ECF No. 1.) He made his initial appearance on November 5, 2025. (ECF No. 6.) The Court ordered him released on a personal recognizance bond with conditions. (ECF Nos. 6, 10.) One of the conditions is drug testing. (ECF No. 10 at 3.)

## II. Legal Standard

The Court may modify conditions of pretrial release pursuant to 18 U.S.C. § 3142(c)(3). Specifically, "[t]he judicial officer may at any time amend the order to impose additional or different conditions of release." *Id.*

## III. Argument

Mr. Pierre and his partner recently welcomed a newborn into the family. Drug testing imposes a randomized burden on Mr. Pierre's time that impedes his ability to care for his newborn. In addition, drug testing is not necessary to ensure the safety of the community or Mr. Pierre's appearance at future court dates. The pretrial services report noted that Mr. Pierre reported no history of substance abuse and that the information was verified. While he initially tested positive for marijuana on pretrial release, he has tested negative for all substances for the past seven months. U.S. Pretrial Services supports this request.

## IV. Conclusion

Mr. Pierre respectfully requests that the Court remove the drug testing condition of his pretrial release conditions.

Dated August 12, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Rick Mula*
Rick Mula
Assistant Federal Public Defender

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>v.<br>Celony Junior Pierre,<br>Defendant. | Case No. 2:25-cr-00312-RFB-DJA<br>**Order** |

Good cause appearing and receiving no objection filed by the Government as ordered at ECF no. 30, Mr. Pierre's motion is granted.

IT IS THEREFORE ORDERED that Mr. Pierre's motion to modify conditions of pretrial release is granted.

IT IS FURTHER ORDERED that Mr. Pierre is no longer subject to the drug testing condition of pretrial release.

DATED this 21st day of August, 2026.

UNITED STATES DISTRICT JUDGE